IN THE SUPREME COURT OF THE
STATE OF OREGON

| | |
|---|---|
| PATRICIA SURFACE, | ) Multnomah County Circuit Court |
| | ) Case no. 6909-07133 |
| Plaintiff-Appellant, | ) |
| Petitioner on Review, | ) |
| | ) |
| and | ) |
| | ) |
| JAMES SURFACE, | ) |
| | ) |
| Plaintiff, | ) |
| Petitioner on Review, | ) |
| | ) |
| v. | ) SC   S45629 |
| | ) CA   A98377 |
| AMERICAN SPIRIT INSURANCE | ) |
| COMPANIES/GREAT AMERICAN | ) |
| INSURANCE COMPANIES, | ) |
| | ) |
| Defendants-Respondents, | ) **ORDER AFFIRMING BY AN** |
| Respondents on Review. | ) **EQUALLY DIVIDED COURT** |

Upon consideration by the court.

The decision of the Court of Appeals is affirmed by an equally divided court.

Dated this 8th day of April 2003.


_____
WALLACE P. CARSON, JR.
CHIEF JUSTICE


Van Hoomissen, J., retired December 31, 2000, and did not participate in the decision of this case; Kulongoski, J., resigned June 14, 2001, and did not participate in the decision of this case;  Leeson, J., resigned January 31, 2003, and did not participate in the decision of this case; De Muniz and Balmer, JJ., did not participate in the consideration or decision of this case.